## EATON vs. GILLETT.

A writ of error does not lie to an order made by a judge at chambers, declaring a demurrer frivolous.

An order made by a judge at chambers declaring a demurrer frivolous, may be re-

viewed by a motion made at a general or special term of the court to vacate it, and the order made on such motion is appealable; or the party may wait until judgment is perfected against him, and settle his exceptions and take his writ of error.

ERROR to the Circuit Court for *Fond du Lac* County. The case is stated in the opinion of the court.

- *R. P. Eaton,* in pro per.

*J. M. Gillett,* in pro. per.

*By the Court,* DIXON, C. J. Upon examination of the record we find that judgment has not been perfected. The case stands as yet upon an *order* for judgment for frivolousness of the demurrer to the complaint, made by the circuit judge at chambers. This is not such a final judgment, or award in the nature of one, as will sustain a writ of error. The defendant, plaintiff in error, might under the existing practice, have moved the court at general or special term, to vacate the order, and upon refusal have taken his appeal. *Moore vs. Cord,* 13 Wis., 413. Or he may wait until judgment is perfected, settle his exceptions, and take his writ of error. As yet the proceeding is premature, and the writ must be dismissed.

Ordered accordingly.